**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CONFIDENCE OGHENEKEWHE EDOH** | **CIVIL ACTION NO.  6:26-CV-01206 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MARKWAYNE MULLIN ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## <u>JUDGMENT</u>

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the petition be **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 22nd day of May, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE